**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 6, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

MARY BISHOP, et al.,

Plaintiffs - Appellees,

and

SUSAN G. BARTON, et al.,

Plaintiffs - Appellees/
Cross- Appellants,

v.

SALLY HOWE SMITH, in her official capacity as Court Clerk for Tulsa County, State of Oklahoma,

Defendant - Appellant/
Cross- Appellee,

and

UNITED STATES OF AMERICA, ex rel. ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States of America,

Defendant.

--------------------------------

BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, et al.,

Intervenors - Defendants.

Nos. 14-5003 & 14-5006
(D.C. No. 4:04-CV-00848-TCK-TLW)

---

DOUGLAS W. ALLEN, Ph.D., et al.,

Amici Curiae.

---

**ORDER**

---

Before **KELLY**, **LUCERO**, and **HOLMES**, Circuit Judges.

---

On this date, the United States Supreme Court denied certiorari review in these matters. Consequently, the stay of the mandate directed in our decision dated July 18, 2014 is lifted, and the mandate shall issue forthwith. A copy of this order shall stand as the mandate of the court.

Entered for the Court

Elisabeth A. Shumaker

ELISABETH A. SHUMAKER, Clerk